UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wesco Distribution, Inc.,

    Plaintiff(s),

                                   Case No.09-13014
V.                               HON. SEAN F. COX

Hartford Fire Insurance Co.,
et al.,

    Defendant(s).
_____/

## ORDER SATISFYING ORDER TO SHOW CAUSE

Plaintiffs having been ordered to show cause why this case should not be dismissed for lack of subject matter jurisdiction and the Court having received Plaintiff's response and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Order to Show Cause is satisfied.

**SO ORDERED.**

                                       S/Sean F. Cox
                                       Sean F. Cox
                                       United States District Judge

Dated: November 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 9, 2009, by electronic and/or ordinary mail.

                                       S/Jennifer Hernandez
                                       Case Manager